# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Leslie T Augustyn and Marcia J Augustyn

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−4497   xxx−xx−2007

In Proceedings
Under Chapter 13

BK 19−30899−lkg

# ORDER

    This matter is before the Court on the objection of the trustee to claim #10−2, filed by US Bank NA. The creditor has withdrawn the claim / filed an amended claim. Accordingly, **IT IS ORDERED** that the objection to claim #10−2 is **OVERRULED** as moot.

    Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: March 15, 2022

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE