**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-30899 |
| Leslie T Augustyn<br>Marcia J Augustyn | Chapter 13 |
| Debtors. | Hon. Judge Laura K. Grandy |

**MOTION TO WITHDRAW NOTICE OF PAYMENT CHANGE**

Comes now, U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust ('Creditor'), in the above referenced case, and for their Motion to Withdraw Notice of Payment Change, states as follows:

Creditor has updated the escrow account to remove the Tax Exemption set forth in the Notice of Payment Change filed March 14, 2022 regarding Claim 10-1. The filed Notice is no longer necessary.

WHEREFORE, U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust prays that the Notice of Payment Change be withdrawn.

DATED: August 3, 2022              Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30899 |
| Leslie T Augustyn<br>Marcia J Augustyn | Chapter 13 |
| Debtors. | Hon. Judge Laura K. Grandy |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing, as to the Trustee and Debtors' Counsel via electronic notice on 8/3/2022 and as to the Debtors by causing same to be mailed in a properly addressed envelope, postage prepaid, from 394 Wards Corner Rd., Suite 180, Loveland, Ohio 45140.

Leslie T Augustyn, Debtor
Marcia J Augustyn
PO Box 302
Worden, IL 62097

Jerry D Graham, Jr.
JD Graham PC
1 Eagle Center
Suite 3A
O'Fallon, IL 62269
Counsel for Debtors

Russell C Simon
24 Bronze Pointe
Swansea, IL 62226
Chapter 13 Trustee

Office of the U. S. Trustee
401 Main St., Rm. 1100
Peoria, IL 61602

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor