**Fill in this information to identify the case**

Debtor 1 <u>Leslie T Augustyn AKA Leslie Augustyn, AKA Leslie Thomas Augustyn</u>

Debtor 2 <u>Marcia J Augustyn AKA Marcia Jean Augustyn, AKA Marcia Augustyn</u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>SOUTHERN</u> District of <u>IL</u>

(State)

Case number <u>19-30899</u>

## Official Form 410S1
## Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor** | Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company |

| | |
|---|---|
| **Court claim no.** (if known) | 10 |

**Last four digits** of any number you use to identify the debtor's account:          8939

| **Date of payment change** Must be at least 21 days after date of this notice | 11/1/2020 |
|---|---|
| **New total payment:** Principal, interest, and escrow, if any | $1,454.96 |

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  <u>$573.33</u>     New escrow payment:  <u>$283.76</u>

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

| Part 3: | Other Payment Change |
|---|---|

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____     New mortgage payment: $_____

Debtor 1 ___Leslie T Augustyn AKA Leslie Augustyn, AKA Leslie Thomas Augustyn_____ Case
number (if known) 19-30899
  First Name                        Middle Name              Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/Stephen R. Franks                          Date   10/07/2020
  Signature

Print:    Stephen R. Franks                          Title   Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
  Number          Street

  Columbus OH  43216-5028
  City            State       ZIP Code

Contact phone   614-220-5611                    Email   amps@manleydeas.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change

was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Russell C. Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL  62226,
rsimon@simonch13trustee.com

Jerry D Graham Jr, Attorney for Leslie T Augustyn AKA Leslie Augustyn, AKA Leslie
Thomas Augustyn and Marcia J Augustyn AKA Marcia Jean Augustyn, AKA Marcia
Augustyn, JD Graham PC, 1 Eagle Center, Suite 3A, O'Fallon, IL  62269,
court@jdgrahamlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October_07,
2020:

Leslie T Augustyn AKA Leslie Augustyn, AKA Leslie Thomas Augustyn and Marcia J
Augustyn AKA Marcia Jean Augustyn, AKA Marcia Augustyn, 76 Annebriar Dr, Maryville,
IL  62062

/s/Stephen R. Franks

19-026178_CMF2

**Veterans United**
*Home Loans*

PO Box 77404
Ewing, NJ 08628

**Redacted**

LESLIE T AUGUSTYN
MARCIA J AUGUSTYN
PO BOX 302
WORDEN IL 62097-0302

**RedactedRedacted**

08/25/20
**Redacted**
LOAN NO:
https://my.veteransunited.com
Customer Service 877-629-6992

Page 1 of 2

> Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT LOAN PAYMENT

| | | |
|---|---|---|
| Your present payment, 04/01/20 consists of: | Principal & Interest (P & I) | $1,171.20 |
| | Escrow Deposit | $573.33 |
| **Total Loan Payment** | | **$1,744.53** |

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| | | | | |
|---|---|---|---|---|
| Bills due in the upcoming year: | Hazard Ins | $3,405.06 | | |
| | County Tax | $0.03 | | |
| **Annual Disbursements:** | | **$3,405.09** | | |
| **Bills Due Outside of the Upcoming Year:** | | **$0.01** | | |
| **Total Disbursements:** | | **$3,405.10** | One-Twelfth/Monthly Amount: | **$283.76** |

### ACCOUNT HISTORY

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

This section is the actual activity that occurred between 08/19 through 10/19. It represents the period of time between the last analysis statement date and the last analysis effective date. Over this period, an additional $0.00 was deposited into your escrow account for interest on escrow.

| Month | Actual Escrow Payments | Actual Escrow Disbursements | Actual Escrow Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$1,741.28** |
| AUG 2019 | 0.00 | 242.44 | R.E. TAX | 1,498.84 |
| SEP 2019 | 0.00 | 242.44 | R.E. TAX | 1,256.40 |
| OCT 2019 | 661.24 | 0.00 | | 1,917.64 |

The following statement of activity in your escrow account from 11/19 through 10/20 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $1,744.53 and $573.33 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

x

*** CONTINUED ON REVERSE SIDE ***

**S U R P L U S**



| Month | | Payments Projected | Actual | Disbursements Projected | Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance | $2,322.97 | $1,917.64 |
| NOV | 2019 | 573.33 | 661.24 * | 1,297.31 | 242.44 * | R.E. TAX | 1,598.99 | 2,336.44 |
| DEC | 2019 | 573.33 | 661.24 * | | | | 2,172.32 | 2,997.68 |
| JAN | 2020 | 573.33 | 573.33 | | | | 2,745.65 | 3,571.01 |
| FEB | 2020 | 573.33 | 573.33 | | 3,405.06 * | HAZARD INS | 3,318.98 | 739.28 |
| MAR | 2020 | 573.33 | 573.33 | 2,745.65 | | * HAZARD INS | 1,146.66 | 1,312.61 |
| APR | 2020 | 573.33 | 573.33 | | | | 1,719.99 | 1,885.94 |
| MAY | 2020 | 573.33 | 573.33 | | | | 2,293.32 | 2,459.27 |
| JUN | 2020 | 573.33 | 573.33 | 242.44 | | * R.E. TAX | 2,624.21 | 3,032.60 |
| JUL | 2020 | 573.33 | 573.33 | | | | 3,197.54 | 3,605.93 |
| AUG | 2020 | 573.33 | 3,439.98 E* | 1,297.31 | E* | R.E. TAX | 2,473.56 | 7,045.91 |
| SEP | 2020 | 573.33 | 573.33 E | 1,297.31 | E* | R.E. TAX | 1,749.58 | 7,619.24 |
| OCT | 2020 | 573.33 | 573.33 E | | E | | 2,322.91 | 8,192.57 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date.  Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable. The letter "E" beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $6,880.02. Under Federal Law, your lowest monthly balance should not have exceeded $1,146.66, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $1,146.66.

## A C C O U N T   P R O J E C T I O N S

The following estimate of activity in your escrow account from 11/20 through 10/21 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | | Anticipated Amount To Escrow | From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|---|
| | | | | Beginning Balance | $8,192.57 | $2,553.78 |
| NOV | 2020 | 283.76 | | | 8,476.33 | 2,837.54 |
| DEC | 2020 | 283.76 | | | 8,760.09 | 3,121.30 |
| JAN | 2021 | 283.76 | | | 9,043.85 | 3,405.06 |
| FEB | 2021 | 283.76 | | | 9,327.61 | 3,688.82 |
| MAR | 2021 | 283.76 | 3,405.06 | HAZARD INS | 6,206.31 | 567.52 |
| APR | 2021 | 283.76 | | | 6,490.07 | 851.28 |
| MAY | 2021 | 283.76 | | | 6,773.83 | 1,135.04 |
| JUN | 2021 | 283.76 | 0.01 | R.E. TAX | 7,057.58 | 1,418.79 |
| JUL | 2021 | 283.76 | | | 7,341.34 | 1,702.55 |
| AUG | 2021 | 283.76 | 0.01 | R.E. TAX | 7,625.09 | 1,986.30 |
| SEP | 2021 | 283.76 | 0.01 | R.E. TAX | 7,908.84 | 2,270.05 |
| OCT | 2021 | 283.76 | | | 8,192.60 | 2,553.81 |

**Your Projected Escrow Account Balance as of 10/31/20 is $8,192.57. Your Required Beginning Escrow Balance according to this analysis should be $2,553.78.**
This means you have a Surplus of $5,638.79. This surplus must be returned to you unless it is less than $15.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  Due to the delinquent status of your account, however, we will retain your surplus.
Once during this period, your Required Escrow Account Balance should be reduced to $567.52 as shown in March.  This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## N E W   L O A N   P A Y M E N T

| Your new payment consists of: | Principal & Interest (P & I) | $1,171.20 |
|---|---|---|
| | Escrow Deposit | $283.76 |
| **New Loan Payment** | **Beginning on November 1, 2020** | **$1,454.96** |

**\*\*\* CONTINUED ON NEXT PAGE \*\*\***

**Important Notes:**

**Automatic Draft Customers:**  If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount.  However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis.

**Insurance Renewal/Changing Insurance Companies**:  Upload proof of insurance coverage at www.MyCoverageInfo.com  using PIN 

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 877-629-6992.